## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**    **Rosado v. Lebanon County**  :
              **Correctional Facility, et al**  :
                                :
                                :    **Civil Action No. 1:18-CV-1086**
**Inmate:**    **Benjamin Rosado**    :
                                :    **(CHIEF JUDGE CONNER)**

### ORDER

On May 23, 2018, the individual listed above, filed the above civil rights complaint, without submitting a certified statement of his institutional account pursuant to the Authorization form which was signed and returned. (Docs. 1-3).

By Administrative Order dated June 8, 2018, the Plaintiff was informed that this case would be dismissed without prejudice unless, within twenty (20) days, he either paid the statutory filing fee of $400.00 or submitted a certified statement of his institutional account pursuant to the Authorization form. (Doc. 9).

More than thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission, nor has he requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

DATE:     July 23, 2018